USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/12/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE ANDERSON, individually and as a representative of a class of similarly situated persons, on behalf of the ADVANCE 401(K) PLAN,

          Plaintiff,

-against-

ADVANCE PUBLICATIONS, INC.; THE BOARD OF TRUSTEES OF ADVANCE PUBLICATIONS, INC.; THE ADMINISTRATIVE COMMITTEE OF THE ADVANCE 401(K) PLAN; and DOES No. 1-20, Whose Names Are Currently Unknown,

          Defendants.

22 Civ. 6826 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 11, 2022, the parties filed a joint letter. ECF No. 26. However, the parties did not submit a copy of their proposed case management plan. The parties are directed to consult the Court's Individual Practices in Civil Cases and model Civil Case Management and Scheduling Order, which are available at https://nysd.uscourts.gov/hon-analisa-torres. By **October 15, 2022**, the parties shall file their proposed case management plan.

    SO ORDERED.

Dated: October 12, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge