USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/13/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE ANDERSON, individually and as a representative of a class of similarly situated persons, on behalf of the ADVANCE 401(K) PLAN,

                    Plaintiff,

-against-

ADVANCE PUBLICATIONS, INC.; THE BOARD OF TRUSTEES OF ADVANCE PUBLICATIONS, INC.; THE ADMINISTRATIVE COMMITTEE OF THE ADVANCE 401(K) PLAN; and DOES No. 1-20, Whose Names Are Currently Unknown,

                    Defendants.

22 Civ. 6826 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 12, 2022, the parties filed a Civil Case Management Plan and Scheduling Order. ECF No. 28. The document does not conform to the Court's model Civil Case Management and Scheduling Order, which is available at https://nysd.uscourts.gov/hon-analisa-torres. By **October 17, 2022**, the parties shall file their proposed case management plan.

      SO ORDERED.

Dated: October 13, 2022
       New York, New York

ANALISA TORRES
United States District Judge