USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/28/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE ANDERSON, individually and as a representative of a class of similarly situated persons, on behalf of the ADVANCE 401(K) PLAN,

                Plaintiff,

-against-

ADVANCE PUBLICATIONS, INC. and DOES No. 1-20, Whose Names Are Currently Unknown,

                Defendants.

22 Civ. 6826 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated November 15 and 22, 2022. ECF Nos. 35, 38. The parties' letters do not specify whether Defendants seek to move to dismiss the complaint under Federal Rule of Procedure 12(b). By **November 30, 2022**, Defendants shall inform the Court whether their pre-motion letter at ECF No. 35 is made under Rule 12(b), and, if so, under which specific subsection and/or subsections.

    SO ORDERED.

Dated: November 28, 2022
        New York, New York

                                            ANALISA TORRES
                                          United States District Judge