UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE ANDERSON, individually
and as a representative of a class of
similarly situated persons, on behalf of the
ADVANCE 401(K) PLAN,

                          Plaintiff,

              -against-

ADVANCE PUBLICATIONS, INC.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/17/2023

22 Civ. 6826 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 6, 2023, Defendant filed a motion to dismiss.  ECF No. 42.  On January 27, 2023, Plaintiff filed an amended complaint.  ECF No. 54.  On February 2, 2023, the Court ordered Defendant to either file an answer, file a motion to dismiss the amended complaint, or file a letter with the Court stating that it relied on the previously filed motion to dismiss.  ECF No. 58.  On February 16, 2023, Defendant filed a motion to dismiss the amended complaint.  ECF No. 62.

Accordingly, Defendant's motion to dismiss the complaint, ECF No. 42, is DISMISSED, without prejudice, as moot.  The Court shall treat the motion to dismiss the amended complaint, ECF No. 62, as the operative motion to dismiss in this action.

The Clerk of Court is directed to terminate the motion at ECF No. 42.

SO ORDERED.

Dated: February 17, 2023
       New York, New York

ANALISA TORRES
United States District Judge