USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/17/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE ANDERSON, individually and as a representative of a class of similarly situated persons, on behalf of the ADVANCE 401(K) PLAN,

                Plaintiff,

-against-

ADVANCE PUBLICATIONS, INC.,

                Defendant.

22 Civ. 6826 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 16, 2023, Defendant filed a motion to dismiss the amended complaint. ECF No. 62. Accordingly, by **March 9, 2023**, Plaintiff shall file his opposition, and by **March 23, 2023**, Defendant shall file its reply, if any.

    SO ORDERED.

Dated: February 17, 2023
         New York, New York

ANALISA TORRES
United States District Judge