**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JERMAINE ANDERSON, individually and as a representative of a class of similarly situated persons, on behalf of the ADVANCE 401(k) PLAN,<br><br>          Plaintiff,<br><br>  v.<br><br>ADVANCE PUBLICATIONS, INC.,<br><br>          Defendant. | Case No. 1:22-cv-06826 (AT) |

**DEFENDANT ADVANCE PUBLICATIONS, INC.'S NOTICE OF MOTION**
**TO DISMISS THE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Second Amended Complaint, dated September 13, 2023, along with the accompanying Declaration of Jaime A. Santos, Exhibits A-H, and all pleadings and proceedings had herein, Defendant Advance Publications, Inc., by and through its attorneys, Goodwin Procter LLP, will move this Court at such time and place as the Court designates, before the Honorable Analisa Torres, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007 for an Order dismissing this action with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), and for any further relief that the Court deems just and proper.

1

Dated:  September 13, 2023
          Washington, DC

Respectfully submitted,

*/s/ Jaime A. Santos*
Jaime A. Santos (*pro hac vice*)
Christina L. Hennecken (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000
jsantos@goodwinlaw.com
chennecken@goodwinlaw.com

Alison V. Douglass (*pro hac vice*)
Jordan Bock (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
adouglass@goodwinlaw.com
jbock@goodwinlaw.com

*Counsel for Defendant Advance*
*Publications, Inc.*

2